# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MENDEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>PETE TREVINO, et al.,<br><br>            Defendant(s). | Case No. 1:11-cv-01932-AWI-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 29)**<br><br>**CLERK SHALL CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On June 18, 2014, the parties filed a stipulation for voluntary dismissal of this action with prejudice with each party to bear its own litigation costs and attorney's fees. (ECF No. 29.)

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff may dismiss an action without a court order by filing a stipulation of dismissal. The parties' June 18, 2014 stipulation is sufficient as a stipulation of dismissal under Rule 41.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice pursuant to the parties' stipulation. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:   June 20, 2014                             /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

1